IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 04-cv-01949-MSK-MEH

SHERRY BRIANNE,

    Plaintiff,

v.

COBE CARDIOVASCULAR, INC.,

    Defendant.

_____

## ORDER RE: STIPULATION TO DISMISS WITH PREJUDICE
_____

THIS MATTER having come before this Court upon the parties' Stipulation for Dismissal with Prejudice **(#24)**, and having been so advised in the premises,

IT IS HEREBY ORDERED that Plaintiff's Complaint shall be dismissed with prejudice, and each party shall bear her or its own attorneys' fees and costs incurred in connection with this action. The clerk is instructed to close this case.

DATED this 25th day of April 2006.

                                              **BY THE COURT:**

                                              _____

                                              Marcia S. Krieger
                                              United States District Judge